IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ANDREW HOWARD BRANNAN, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Case No. _____ |
| | ) | |
| HILTON HALL, Warden, | ) | |
| Georgia Diagnostic Prison, | ) | |
|     Respondent. | ) | |

### **VERIFICATION**

STATE OF GEORGIA

COUNTY OF BUTTS

Before me, the undersigned authority, personally appeared ANDREW HOWARD BRANNAN, who, being first duly sworn, says that he has personal knowledge of the allegations in the foregoing Petition for Writ of Habeas Corpus, and that the allegations and statements contained therein are true and correct to the best of his knowledge.

Dated this 12th day of May, 2009.

                                                                                      *Andrew Howard Brannan*
                                                                             Andrew Howard Brannan

Sworn to and subscribed before me this 12th day of May, 2008.

*Lynn Damiano*
NOTARY PUBLIC

